UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MANUEL BUENAVENTURA BRITO-TOLENTINO,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 05-1370 (JAF)

(Criminal No. 01-379)

**O R D E R**

Petitioner, Manuel Buenaventura Brito-Tolentino, requests a certificate of appealability[1] from this court to appeal our denial on June 2, 2005, of his 28 U.S.C. § 2255 petition. See 28 U.S.C. § 2253(c)(2) (1996). A certificate of appealability may be granted only upon a substantial showing of the denial of a constitutional right. 28 U.S.C. §§ 2253(c)(2) and (3) (1996).

Upon reviewing the record, we find Petitioner's claim entirely insubstantial for the reasons stated in our Opinion and Order of June 2, 2005, Docket Document No. 3. Accordingly, we **DENY** Petitioner's request for a certificate of appealability.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 21st day of July, 2005.

                                    s/José Antonio Fusté
                                    JOSE ANTONIO FUSTE
                                    U. S. District Judge

---

[1] On July 11, 2005, Petitioner filed a "Notice of Appeal" before this court, Docket Document No. 5, which contained the request for a certificate of appealability which we address herein.